FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 APR 20  PM 1:09

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-633 MIS |
| ) | |
| vs. ) | Counts 1 and 2: 18 U.S.C. §§ 922(g)(1) |
| ) | and 924: Felon in Possession of a Firearm |
| PABLO VARGAS and ) | and Ammunition. |
| RUBEN MARTHA, ) | |
| ) | |
| Defendants. ) | |

<u>INDICTMENT</u>

The Grand Jury charges:

<u>Count 1</u>

On or about April 17, 2021, in Doña Ana County, in the District of New Mexico, the defendant, **PABLO VARGAS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically, shooting at or from a motor vehicle, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

<u>Count 2</u>

On or about April 17, 2021, in Doña Ana County, in the District of New Mexico, the defendant, **RUBEN MARTHA**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

1)   criminal damage (over $1,000),

2)   aggravated assault (deadly weapon) (four counts),

3)   shooting at dwelling or occupied building, and

4)   possession of firearm or destructive device by felon,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **RUBEN MARTHA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. one Mossberg, model Maverick 88, 12-gauge shotgun bearing serial number MV07841N; and

b. six 12-gauge shotgun shells.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
4/15/2022 3:30 PM